UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA MAIRS,

       Plaintiff,

                           Case No.   1:05-cv-444

v.

                           Hon. Richard Alan Enslen

ADVANCED REALTY SYSTEMS, LLC.,
et al.                            **ORDER**

       Defendants.
_____/

       This Court having issued an order directing Plaintiff to file for entry of default against

of American Residential Funding Inc. and plaintiff having failed to do so;

       **IT IS HEREBY ORDERED** that Defendant American Residential Funding Inc. is

**DISMISSED** without prejudice, pursuant to W.D. Mich. LCivR 41.1 for failure to prosecute.

Dated in Kalamazoo, MI:               s/Richard Alan Enslen
May 17, 2006                    Richard Alan Enslen
                                  Senior United States District Judge